

**OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.**

*Attorneys at Law*

Key Tower
127 Public Square, Suite 4100
Cleveland, OH 44114
Telephone: 216.241.6100
Facsimile: 216.357.4733
www.ogletree.com

Monica L. Lacks
216.274.6961
monica.lacks@ogletree.com

January 24, 2019

Hon. George B. Daniels
United States District Judge
Moynihan U.S. Courthouse
Courtroom 11-A
500 Pearl Street
New York, NY  10007-1312

      RE:   *Christine McGrath Kamrass v. Jefferies, LLC, et al.*
              United States District Court, Southern District of New York
              Case No. 1:17-cv-07465

Dear Judge Daniels:

    We represent Defendants in the above-captioned case.  We are submitting this letter motion in support of Defendants' request to submit a redacted version of the transcript from the November 6, 2019 Oral Argument (the "Transcript").

    On January 22, 2019, a copy of the Transcript was forwarded to your office via Federal Express highlighting the information we propose to be redacted.  Opposing counsel has informed us that that they have no objections to the proposed redactions.

                                          Sincerely,

                                          Monica L. Lacks

MLL:aen

CC:   All Counsel of Record (via ECF)        Application GRANTED.
                                                        SO ORDERED

                                                        _____
                                                        JUDGE GEORGE B. DANIELS

Atlanta ▪ Austin ▪ Berlin (Germany) ▪ Birmingham ▪ Boston ▪ Charleston ▪ Charlotte ▪ Chicago ▪ Cleveland ▪ Columbia ▪ Dallas ▪ Denver ▪ Detroit Metro ▪ Greenville
Houston ▪ Indianapolis ▪ Jackson ▪ Kansas City ▪ Las Vegas ▪ London (England) ▪ Los Angeles ▪ Memphis ▪ Mexico City (Mexico) ▪ Miami ▪ Milwaukee ▪ Minneapolis
Morristown ▪ Nashville ▪ New Orleans ▪ New York City ▪ Oklahoma City ▪ Orange County ▪ Paris (France) ▪ Philadelphia ▪ Phoenix ▪ Pittsburgh ▪ Portland ▪ Raleigh ▪ Richmond
St. Louis ▪ St. Thomas ▪ Sacramento ▪ San Antonio ▪ San Diego ▪ San Francisco ▪ Seattle ▪ Stamford ▪ Tampa ▪ Toronto (Canada) ▪ Torrance ▪ Tucson ▪ Washington