# Ogletree
# Deakins

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

Attorneys at Law

Key Tower
127 Public Square, Suite 4100
Cleveland, OH 44114
Telephone: 216.241.6100
Facsimile: 216.357.4733
www.ogletree.com

Monica L. Lacks
216.274.6961
monica.lacks@ogletree.com

May 19, 2022

Hon. George B. Daniels
United States District Judge
Moynihan U.S. Courthouse
Courtroom 11-A
500 Pearl Street
New York, NY 10007-1312

SO ORDERED:

*George B Daniels*
George B. Daniels, U.S.D.J.

Dated: MAY 19 2022

RE: *Christine McGrath Kamrass v. Jefferies, LLC, et al.*
United States District Court, Southern District of New York
Case No. 1:17-cv-07465

Dear Judge Daniels:

Pursuant to Local Civil Rule 1.4, Defendants Jefferies LLC, Jefferies & Company, Inc. and John Laub (collectively, "Defendants") submit this Application for an Order permitting the withdrawal of Natalie M. Stevens and Jennifer Reigel-Boyd as attorneys of record in the above-captioned matter, on the ground that Attorneys Stevens and Reigel-Boyd are no longer associated with Ogletree Deakins Nash Smoak & Stewart, P.C. Defendants have consented to the withdrawal of Attorneys Stevens and Reigel-Boyd.

Defendants shall remain represented by Bruce G. Hearey and Monica L. Lacks of Ogletree Deakins Nash Smoak & Stewart.

Sincerely,

*Monica Lack*

Monica L. Lacks

MLL:ml

CC: All Counsel of Record (via ECF)

Application GRANTED.
SO ORDERED

_____
JUDGE GEORGE B. DANIELS

Atlanta • Austin • Berlin (Germany) • Birmingham • Boston • Charleston • Charlotte • Chicago • Cleveland • Columbia • Dallas • Denver • Detroit Metro • Greenville
Houston • Indianapolis • Jackson • Kansas City • Las Vegas • London (England) • Los Angeles • Memphis • Mexico City (Mexico) • Miami • Milwaukee • Minneapolis
Morristown • Nashville • New Orleans • New York City • Oklahoma City • Orange County • Paris (France) • Philadelphia • Phoenix • Pittsburgh • Portland • Raleigh • Richmond
St. Louis • St. Thomas • Sacramento • San Antonio • San Diego • San Francisco • Seattle • Stamford • Tampa • Toronto (Canada) • Torrance • Tucson • Washington

51588212.v1-OGLETREE