**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------x

CHRISTINE MCGRATH KAMRASS,

                        Plaintiff,

    - against -                              **ORDER**

JEFFERIES L.L.C., JEFFERIES & COMPANY
INC., JEFFERIES INVESTMENTS, LLC, JOHN    17-cv-7465 (GBD)
LAUB, XYZ CORPORATION(S) 1-5
JOHN/JANE DOES 1-5,

                      Defendants.

------------------------------------x

GEORGE B. DANIELS, United States District Judge:

    This Court having been advised that the parties have reached agreement on all issues in this matter, the Clerk of Court is hereby ORDERED to close the above-captioned action, without prejudice to restoring the action to this Court's docket if an application to restore is made within thirty (30) days.

    All deadlines and conferences previously scheduled are adjourned *sine die*.

Dated: March 23, 2023
       New York, New York

                                              SO ORDERED.

                                              GEORGE B. DANIELS
                                              United States District Judge